UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-cr-00071-HDM-LRL |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| CHRISTOPHER WIDEMAN, | ) | |
| Defendant. | ) | |

The defendant has renewed his request for early termination of supervised release in a letter to the court dated December 6, 2017 (ECF No. 83). On August 16, 2016, the court denied the defendant's original request for early termination of his supervised release. The defendant has failed to set forth any grounds not set forth in his original request that would justify an early termination of supervised release. Accordingly, the request is denied. Any future request by the defendant should be filed by the defendant's attorney of record, Monique N. Kirtley.

IT IS SO ORDERED.

DATED: This 14th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE